UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BENJAMIN RAMEY, LOURDES BURGOS, and TYLER THOMSON, *on behalf of themselves and all others similarly situated*,<br><br>                Plaintiff,<br><br>             v.<br><br>THE PENNSYLVANIA STATE UNIVERSITY,<br><br>                Defendant. | Case No. 2:20-cv-00753-RJC |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly enter the appearance of Aaron Healey of Jones Day as counsel of record for defendant The Pennsylvania State University in the above-captioned action.

Dated: February 17, 2021

Respectfully submitted,

*/s/ Aaron Healey*
Aaron Healey (Pa. 310803)
JONES DAY
250 Vesey Street
New York, NY 10281
Phone: (212) 326-3939
Fax: (212) 755-7306
Email: ahealey@jonesday.com

*Counsel for The Pennsylvania State University*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Entry of Appearance was filed on February 17, 2021, via the Court's electronic filing system, which will deliver copies of the filings to counsel of record.

*/s/ Aaron Healey*

Aaron Healey