UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BENJAMIN RAMEY, LOURDES BURGOS, and TYLER THOMSON, *on behalf of himself and all others similarly situated*,<br><br>    Plaintiffs,<br><br> v.<br><br>THE PENNSYLVANIA STATE UNIVERSITY,<br><br>    Defendant. | Civil Action No. 2:20-cv-00753-RJC |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFS REGARDING DEFENDANT'S MOTION TO DISMISS**

On this ___ day of _____, 2021, and upon consideration of the Plaintiffs' Motion for Leave to File Supplemental Briefs Regarding Defendant's Motion to Dismiss, it is hereby ORDERED that the Motion is GRANTED.

IT IS ORDERED that that parties may file supplemental briefs, limited to ten (10) pages, within fourteen (14) days of this Order.

Dated: _____

                            Robert J. Colville
                            United States District Judge