# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BENJAMIN RAMEY, on behalf of himself and all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) THE PENNSYLVANIA STATE ) UNIVERSITY, ) ) Defendant. ) | Civil Action No. 2:20-cv-753 |

**HEARING ON** Oral Argument

Before Judge Robert J. Colville

| | |
|---|---|
| Gary F. Lynch, Esquire | Leon F. DeJulius, Esquire |
| Nicolas Zolella, Esquire | Matthew A. Kairis, Esquire |

| | |
|---|---|
| Appear for Plaintiff | Appear for Defendant |
| Hearing begun  6/28/21 at 9:00 a.m. | Hearing adjourned to _____ |
| Hearing concluded  6/28/21 at 10:15 a.m. | Stenographer:  R. Ford |
| | Clerk: Kathleen Davis |

**WITNESSES:**

For Plaintiff            For Defendant

The Court convenes an Oral Argument regarding Defendant's Motion to Dismiss [38].  Motion taken under advisement without any further briefing.  Court will defer ruling on Plaintiff's oral motion to amend the complaint.