IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BENJAMIN RAMEY, LOURDES BURGOS, and TYLER THOMSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE PENNSYLVANIA STATE UNIVERSITY,<br><br>Defendant. | Case No. 2:20-cv-00753-RJC |

## NOTICE OF CHANGE OF LAW FIRM NAME

**TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that effective immediately, the contact information for Gary F. Lynch, Kelly K. Iverson, Edward W. Ciolko, and Nicholas A. Colella, attorneys of record for Plaintiffs, will be as follows, reflecting a change of firm name and email addresses:

Gary F. Lynch
Kelly K. Iverson
Edward W. Ciolko
Nicholas A. Colella
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T: (412) 322-9243
F: (412) 231-0246
Gary@lcllp.com
Kelly@lcllp.com
eciolko@lcllp.com
Nickc@lcllp.com

1

| | |
|---|---|
| Dated: October 21, 2021 | */s/ Gary F. Lynch*<br>Gary F. Lynch<br>Kelly K. Iverson<br>Edward W. Ciolko<br>Nicholas A. Colella<br>**LYNCH CARPENTER, LLP**<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>T: (412) 322-9243<br>F: (412) 231-0246<br>Gary@lcllp.com<br>Kelly@lcllp.com<br>eciolko@lcllp.com<br>Nickc@lcllp.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2021, a copy of foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record for all parties, as indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                              */s/ Gary F. Lynch*
                                              Gary F. Lynch