UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BENJAMIN RAMEY, JEFFREY BINET, and TYLER THOMSON, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>THE PENNSYLVANIA STATE UNIVERSITY,<br><br>Defendant. | Case No. 2:20-cv-00753-RJC |

### PLAINTIFFS' UNOPPOSED MOTION TO PRELIMINARILY APPROVE CLASS ACTION SETTLEMENT, CERTIFY THE CLASS, APPOINT CLASS COUNSEL, APPROVE PROPOSED CLASS NOTICE, AND SCHEDULE A FINAL APPROVAL HEARING

**PLEASE TAKE NOTICE THAT**, upon the Declaration of Gary F. Lynch and the accompanying exhibits and memorandum of law, and upon all prior proceedings, pleadings, and filings in the above-captioned action, Named Plaintiffs Benjamin Ramey, Jeffrey Binet, and Tyler Thomson move for an Order under Federal Rule of Civil Procedure 23:

(1) Preliminarily approving the proposed Settlement on behalf of the Settlement Class Members according to the terms of the Stipulation of Settlement;

(2) Provisionally certifying, for purposes of the Settlement only, the following Settlement Class:

> All enrolled students at Penn State, including all Commonwealth campuses and branch locations, during the Spring 2020 semester who paid tuition and/or fees and who were registered for at least one in-person class at the beginning of the Spring 2020 semester.

(3) Preliminarily appointing Named Plaintiffs Benjamin Ramey, Jeffrey Binet, and Tyler Thomson as Settlement Class Representatives;

(4) Preliminarily appointing Gary F. Lynch and Nicholas A. Colella of Lynch Carpenter, LLP; Paul J. Doolittle of Poulin | Willey | Anastopoulo, LLC; and Joseph I. Marchese and Sarah Westcot of Bursor & Fisher, P.A. as Class Counsel to act on behalf of the Settlement Class and the Settlement Class Representatives with respect to the Settlement;

(5) Approving the Parties' proposed settlement procedure, including approving the Parties' selection of Epiq Systems, Inc. as Settlement Administrator and approving the Parties' proposed schedule;

(6) Entering the proposed Order Granting Plaintiffs' Unopposed Motion to Preliminarily Approve Class Action Settlement, Certify the Class, Appoint Class Counsel, Approve Proposed Class Notice, and Schedule a Final Approval Hearing, attached as Exhibit A to the Settlement Agreement, which is attached as Exhibit 1 to the Declaration of Gary F. Lynch; and

(7) Granting such other and further relief as may be just and appropriate.

Oral argument is requested to the extent desired by the Court.

Dated: September 3, 2024                    Respectfully submitted,

**LYNCH CARPENTER, LLP**

*/s/ Gary F. Lynch*
Gary F. Lynch (PA 56887)
Nicholas A. Colella (PA 332699)
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Email: gary@lcllp.com
       nickc@lcllp.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese (admitted *pro hac vice*)
1330 Avenue of the Americas

New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jmarchese@bursor.com

**POULIN | WILLEY | ANASTOPOULO, LLC**
Paul Doolittle (admitted *pro hac vice*)
32 Ann Street
Charleston, SC 29403
Telephone: (843) 614-8888
Email: pauld@akimlawfirm.com

*Attorneys for Plaintiffs*