UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BENJAMIN RAMEY, JEFFREY BINET, and TYLER THOMSON, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>THE PENNSYLVANIA STATE UNIVERSITY,<br><br>Defendant. | Case No. 2:20-cv-00753-RJC |

**PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS'
FEES, COSTS, AND CASE CONTRIBUTION AWARDS
TO SETTLEMENT CLASS REPRESENTATIVES**

Through undersigned counsel, Plaintiffs Benjamin Ramey, Jeffrey Binet, and Tyler Thomson (collectively, "Plaintiffs" or "Settlement Class Representatives") respectfully move this Court for approval of reasonable attorneys' fees, costs, and case contribution awards to Settlement Class Representatives pursuant to the proposed Settlement Agreement that this Court preliminarily approved in its Order dated October 8, 2024. Plaintiffs move for an award of attorneys' fees in the amount of $5,666,100 and litigation expenses in the amount of $17,990.94 with such amounts to be paid from the Settlement Fund in accordance with the terms of the Settlement. Plaintiffs additionally move for Case Contribution Awards to the Settlement Class Representatives in the amount of $5,000 each. In further support of this Motion, Plaintiffs refer the Court to the contemporaneously filed memorandum of law and the Declaration of Gary F. Lynch.

| | |
|---|---|
| Dated: December 23, 2024 | Respectfully submitted,<br><br>**LYNCH CARPENTER, LLP**<br><br>*/s/ Gary F. Lynch*<br>Gary F. Lynch (PA 56887)<br>Nicholas A. Colella (PA 332699)<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>Telephone: (412) 322-9243<br>Email: gary@lcllp.com<br>          nickc@lcllp.com<br><br>**BURSOR & FISHER, P.A.**<br>Joseph I. Marchese (admitted *pro hac vice*)<br>1330 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (646) 837-7150<br>Facsimile: (212) 989-9163<br>Email: jmarchese@bursor.com<br><br>**POULIN \| WILLEY \| ANASTOPOULO, LLC**<br>Paul Doolittle (admitted *pro hac vice*)<br>32 Ann Street<br>Charleston, SC 29403<br>Telephone: (843) 614-8888<br>Email: pauld@akimlawfirm.com<br><br>*Attorneys for Plaintiffs* |