## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BENJAMIN RAMEY, JEFFREY BINET, and TYLER THOMSON, *on behalf of themselves and all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> THE PENNSYLVANIA STATE UNIVERSITY, <br><br> Defendant. | Case No. 2:20-cv-00753-RJC |

### PLAINTIFFS' UNOPPOSED MOTION FOR
### FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE THAT**, upon the Declaration of Gary F. Lynch, sworn to on February 7, 2025, and the accompanying exhibits and memorandum of law, and upon all prior proceedings, pleadings, and filings in the above-captioned action, Named Plaintiffs Benjamin Ramey, Jeffrey Binet, and Tyler Thomson will move this Court on February 18, 2025, at 1:30 pm in the United States District Court for the Western District of Pennsylvania, U.S. Courthouse, Courtroom 8C, 700 Grant Street, Pittsburgh, PA 15219, before the Honorable Robert J. Colville of the United States District Court for the Western District of Pennsylvania, for an Order under Federal Rule of Civil Procedure 23: (1) finally certifying, for purposes of the Settlement only, the following Settlement Class:

> All enrolled students at Penn State, including all Commonwealth campuses and branch locations, during the Spring 2020 semester who paid tuition and/or fees and who were registered for at least one in-person class at the beginning of the Spring 2020 semester.

(2) confirming that the notice plan approved by the Court in its October 8, 2024 Preliminary Approval Order has been fully and sufficiently executed; (3) finally appointing Named Plaintiffs

Benjamin Ramey, Jeffrey Binet, and Tyler Thomson as Settlement Class Representatives; (4) finally appointing Gary F. Lynch and Nicholas A. Colella of Lynch Carpenter, LLP, Paul J. Doolittle of Poulin | Willey | Anastopoulo, LLC; and Joseph I. Marchese and Sarah Westcot of Bursor & Fisher, P.A. to act on behalf of the Settlement Class and the Settlement Class Representatives with respect to the Settlement; (5) entering the proposed final judgment; and (6) granting such other and further relief as may be just and appropriate.

Dated: February 7, 2025                    Respectfully submitted,

*/s/ Gary F. Lynch*
**LYNCH CARPENTER, LLP**
Gary F. Lynch (PA 56887)
Nicholas A. Colella (PA 332699)
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322-9243
Gary@lcllp.com
NickC@lcllp.com

**POULIN | WILLEY |**
**ANASTOPOULO, LLC**
Eric M. Poulin (admitted *pro hac vice*)
Roy T. Willey, IV (admitted *pro hac vice*)
Paul Doolittle (admitted *pro hac vice*)
32 Ann Street
Charleston, SC 29403
(843) 614-8888
eric@akimlawfirm.com
roy@akimlawfirm.com
pauld@akimlawfirm.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese (admitted *pro hac vice*)
1330 Avenue of the Americas
New York, NY 10019
(646) 837-7150
jmarchese@bursor.com

*Attorneys for Plaintiffs and the Settlement*
*Class*